# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| David Meyers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00115-DCC-KFM |
| | ) | |
| vs. | ) | |
| | ) | |
| Joshua Sigmon | ) | |
| FNU Moss | ) | |
| FNU Honeycutt | ) | |
| FNU Davis | ) | |
| Charlotte Williams | ) | |
| FNU Yow | ) | |
| FNU Young, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2024 Text-Only Order.

January 23, 2024

Katherine Hord Simon, Clerk
United States District Court